JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>          Plaintiffs,<br><br>v.<br><br>GLOBAL GREEN CONSTRUCTION, INC., a California corporation, doing business as GLOBAL GREEN DEMOLITION; GLOBAL GREEN BUILDERS, INC., a California corporation and also doing business as GLOBAL GREEN CONCRETE; TIMOTHY JAMES VITTA, an individual; WILLIAM JAMES VITTA, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. SACV 13-1187 JLS (RMBx)<br><br>JUDGMENT |

////

////

Having granted Plaintiffs' Motion for Entry of Default Judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST GLOBAL GREEN CONSTRUCTION, INC., a California corporation, doing business as GLOBAL GREEN DEMOLITION</u>:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $82,168.48 |
| 2. | Liquidated damages | 49,474.45 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing dates | 9,559.57 |
| 4. | Audit Fees | 3,636.50 |
| 5. | Interest from due dates to September 26, 2014 (accruing at $25.25 per day) | 20,286.53 |
| 6. | Attorneys' fees pursuant to L.R. 55-3 | 6,496.78 |
| | GRAND TOTAL | $171,622.31 |

7. Plus costs to be determined after entry of judgment.

8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 0.10% per annum.

DATED: September 30, 2014

<u>JOSEPHINE L. STATON</u>
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2